UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
18 MAR -6 PM 3: 00
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| Plaintiff | § § | Civ. A. No. 1:17-cv-1125 |
| v. | § § | |
| BRIAN HANEY, DAVID HANEY, HANEY & HANEY, LLC VIDOR PHARMACY, LLC KEVIN M. GRAY, and FAMILY PHARMACY, INC. | § § § § § § | |
| Defendants. | § | |

## ORDER

IT IS HEREBY ORDERED that, based on good cause, the deadline by which the Haney Defendants and the Gray Defendants must file their responsive pleadings to the United States' Complaint, including their Answers, is extended until May 4, 2018.

Signed on ___March 6___, 2018.

_____
UNITED STATES DISTRICT JUDGE