# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

-vs-                                            Case No. A-17-CA-1125-SS

BRIAN D. HANEY; DAVID K. HANEY; HANEY
& HANEY, LLC; VIDOR PHARMACY, LLC;
KEVIN MICHAEL GRAY; and FAMILY
PHARMACY, INC.,
    Defendants.

## O R D E R

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and noting there has been no activity since March 6, 2018, enters the following order:

IT IS ORDERED that on or before **November 24, 2018** the parties shall file a report on the status of this case. If there is no settlement pending, the parties shall file a proposed scheduling order, in addition to the status report.

SIGNED this the 6th day of November 2018.

_____
SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE