UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civ. A. No. 1:17-cv-1125 |
| BRIAN D. HANEY,<br>DAVID K. HANEY,<br>HANEY & HANEY, LLC,<br>VIDOR PHARMACY, LLC,<br>KEVIN M. GRAY, and<br>FAMILY PHARMACY, INC., | § § § § § § § § | |
| Defendants. | § | |

## JOINT STATUS REPORT

1. This status report is required by this Court's order of November 6, 2018. [Doc. at 13]. The parties have conferred and discussed the status of this case.

2. On September 17, 2018, after the exchange of multiple drafts, the government sent out the final version of the settlement agreement for this case. The settlement is between the United States and all six defendants named in this suit and resolved all issues as to this litigation.

3. Kevin Gray, David Haney, Haney & Haney, Vidor Pharmacy, and Family Pharmacy have signed the settlement. One additional signatory, Brian Haney, is needed to finalize the settlement. Mr. Haney is incarcerated in federal prison and is seeking to meet with his civil attorney at his BOP facility to review the settlement with him.

4. Upon receiving the finalized settlement from the defendants, the United States will execute the agreement and file the necessary paperwork with this Court.

Dated: November 23, 2018                                    Respectfully submitted,

                                                                     JOHN F. BASH
                                                                     United States Attorney

By:       */s/  MARY F. KRUGER*
          MARY F. KRUGER
          Assistant United States Attorney
          Georgia Bar No. 6282540
          601 N.W. Loop 410, Suite 600
          San Antonio, Texas 78216
          Tel: (210) 384-7630
          Fax: (210) 384-7312

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd of November, I electronically filed the Joint Status Report with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Paul Nugent
Nugent & Peterson
1001 Fannin St., Suite 2450
Houston, Texas  77002

Samy Khalil
Gerger Khalil & Hennessy LLP
1001 Fannin St., Suite 2450
Houston, Texas | 77002

By:     */s/  Mary F. Kruger*
        MARY F. KRUGER
        Assistant United States Attorney