IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

-vs-                    Case No. A-17-CA-1125-SS

BRIAN D. HANEY; DAVID K. HANEY; HANEY
& HANEY, LLC; VIDOR PHARMACY, LLC;
KEVIN MICHAEL GRAY; and FAMILY
PHARMACY, INC.,
    Defendants.

## O R D E R

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and noting there has been no activity since November 23, 2018, enters the following order:

IT IS ORDERED that on or before **March 26, 2019** the parties shall file a report on the status of this case.

SIGNED this the 5th day of March 2019.

                _/s/ Sam Sparks_
                SAM SPARKS
                SENIOR UNITED STATES DISTRICT JUDGE