UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civ. A. No. 1:17-cv-1125 |
| BRIAN D. HANEY, | § | |
| DAVID K. HANEY, | § | |
| HANEY & HANEY, LLC, | § | |
| VIDOR PHARMACY, LLC, | § | |
| KEVIN M. GRAY, and | § | |
| FAMILY PHARMACY, INC., | § § | |
| Defendants. | § | |

## UNITED STATES' NOTICE OF SETTLMENT AND STATUS REPORT

1. A status report is required by this Court's order of March 5, 2019. [Doc. at 15].

2. The government has received a signed settlement agreement from the defendants. The settlement is between the United States and all six defendants named in this suit and resolved all issues as to this litigation.

3. The United States will file a motion to dismiss this action based on, and subject to, the parties' Settlement Agreement

Dated: March 26, 2019

Respectfully submitted,

JOHN F. BASH
United States Attorney

By:   /s/ MARY F. KRUGER
MARY F. KRUGER
Assistant United States Attorney
Georgia Bar No. 6282540
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7360
Fax: (210) 384-7322

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2019, I electronically filed the United States' Notice of Settlement and Status Report with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Paul Nugent
Nugent & Peterson
1001 Fannin St., Suite 2450
Houston, Texas 77002

Samy Khalil
Gerger Khalil & Hennessy LLP
1001 Fannin St., Suite 2450
Houston, Texas 77002

                 /s/ MARY F. KRUGER
                 MARY F. KRUGER