**FILED**

APR - 2 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____DM_____
                DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civ. A. No. 1:17-cv-1125 |
| § | |
| BRIAN D. HANEY, § | |
| DAVID K. HANEY, § | |
| HANEY & HANEY, LLC, § | |
| VIDOR PHARMACY, LLC, § | |
| KEVIN M. GRAY, and § | |
| FAMILY PHARMACY, INC., § | |
| § | |
| Defendants. § | |

## DISMISSAL ORDER

The Court, having noted that Plaintiff, the United States of America, and Defendants, Brian D. Haney, David K. Haney, Haney & Haney, LLC, Vidor Pharmacy, LLC, Kevin M. Gray, and Family Pharmacy, Inc., through their respective counsel, have filed an Amended Joint Motion to Dismiss based on and subject to the terms of the Settlement Agreement executed by the parties to this action, orders as follows:

ORDERED that the Joint Motion to Dismiss is GRANTED.

ORDERED that this action is DISMISSED based on and subject to the terms of the parties' Settlement Agreement with an effective date of February 15, 2019.

SIGNED this 2nd day of April, 2019.

_____
HON. SAM SPARKS
United States District Judge